JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTELA LORENA VALENZUELA, an individual, R.K., a minor by an through his Guardian Ad Litem ESTELA VALENZUELA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF COVINA, COVINA POLICE DEPARTMENT, OFFICER VANESSA PINEDA #2899 INDIVIDUAL, AND IN HER CAPACITY AS A POLICE OFFICER and DOES 1 THROUGH 50, INCLUSIVE,<br><br>　　　　　Defendants. | Case No. 2:25-cv-04269 MWF(PVCx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the parties' Joint Stipulation to Dismiss the Entire Action with Prejudice (Docket No. 21) and Fed. R. Civ. P. 41(a)(1)(A)(ii), the Stipulation is GRANTED.  IT IS ORDERED that this entire action is DISMISSED with prejudice, each side to bear its own fees and costs.

**IT IS SO ORDERED**.

Dated:  September 8, 2025

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE